IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLTON HARRISON,<br><br>  Plaintiffs,<br><br>v.<br><br>THRIVE CONSULTING GROUP, L.L.C.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:24-cv-00070-RAH<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Plaintiff's *Notice of Voluntary Dismissal* (Doc. 23) filed on June 21, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

DONE on this the 25th day of June 2024.

           _____
           R. AUSTIN HUFFAKER, JR.
           UNITED STATES DISTRICT JUDGE